AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Roderick English | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    3:12-cv-00509-JFA-SVH |
| John Delgotoe | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■    other: the plaintiff, Roderick English , shall take nothing of the defendant, John Delgotoe, as to the

complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed without prejudice for lack of

prosecution and for failure to comply with this court's orders pursuant to Rule 41(b).


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, United States District Judge, presiding, which dismissed the
action without prejudice.

Date:   April 10, 2012

*CLERK OF COURT*

s/A. Buckingham

_____
*Signature of Clerk or Deputy Clerk*